# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## CA 11-1001 consolidated with CA 11-999, CA 11-1046

**VERMILION PARISH SCHOOL BOARD**

**VERSUS**

**AMERADA HESS CORPORATION, ET AL.**

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 84384-A, 84388-F, 84377-I
HONORABLE JOHN DAMIAN TRAHAN, DISTRICT JUDGE

**********

**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of Oswald A. Decuir, Billy Howard Ezell, and James T. Genovese, Judges.

**REVERSED AND REMANDED.**

**Genovese, J., concurs in the result.**

**Scott R. Bickford**
**Regina O. Matthews**
**Lawrence J. Centola**
**Martzell & Bickford**
**338 Lafayette St.**
**New Orleans, LA 70130**
**(504) 581-9065**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
     **Vermilion Parish School Board**

**Lawrence Paul Simon, Jr.**
**Stuart T. Welch**
**Liskow & Lewis**
**P. O. Box 52008**
**Lafayette, LA 70505**
**(337) 232-7424**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
　**Amerada Hess Corporation, et al.**

**David L. Landry**
**1214 Parasol Place**
**Pensacola, FL 32507**
**(850) 492-7240**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
　**Vermilion Parish School Board**

**Loulan Joseph Pitre, Jr.**
**Gordon, Arata, McCollam, Duplantis & Eagan**
**201 St. Charles Ave., Suite 4000**
**New Orleans, LA 70170-4000**
**(504) 582-1111**
**COUNSEL FOR DEFENDANT/APPELLEE:**
　**BHP Billiton Petroleum (Americas),Inc.**

**Robert Louis Theriot**
**Jana L. Grauberger**
**Liskow & Lewis**
**1001 Fannin Street, Ste 1800**
**Houston, TX 77002**
**(713) 651-2900**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
　**Amerada Hess Corporation, et al.**

**John E. Heinrich**
**Pamela Roman Mascari**
**Kean Miller**
**P. O. Box 3513**
**Baton Rouge, LA 70821**
**(225) 387-0999**
**COUNSEL FOR DEFENDANT/APPELLEE:**
　**Honeywell International, Inc.**

**Christopher B. Bailey**
**Gordon, Arata**
**P. O. Box 81829**
**Lafayette, LA 70598-2508**
**(337) 237-0132**
**COUNSEL FOR DEFENDANT/APPELLEE:**
　**BHP Billiton Petroleum (Americas),Inc.**

**EZELL, Judge.**

For the reasons assigned in the companion and consolidated case of *Vermilion Parish School Board v. ConocoPhillips Co, et al*, 11-999 (La. App. 3 Cir. __/__/__), ___ So.3d.___, the judgment of the trial court is vacated and reversed. This case is remanded to the trial court for further proceedings. Costs of this appeal are assessed equally amongst the Defendants.

**REVERSED AND REMANDED.**